IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THERESA A SLATTERY,

    Plaintiff,

v.                                                 CASE NO. 1:10-cv-00175-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court On Doc. 19, Report and Recommendation of the Magistrate Judge, which recommends that the decision of the Commissioner to deny plaintiff's application for Social Security benefits be affirmed. After a thorough review of the record, the Magistrate Judge concluded that "the findings of the Administrative Law Judge were based upon substantial evidence in the record and correctly followed the law." Doc. 19 at 31. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 19, is ACCEPTED and incorporated herein.

    2.    The decision of the Commissioner, denying benefits, is AFFIRMED.

    **DONE AND ORDERED** this _29th_ day of July, 2011

                                  *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge